# Payne v. The State.

## Assault and Battery.

(Decided May 14, 1914. 65 South. 262.)

*Appeal and Error; Record; Review; Matters Presented.*—Although the written charges refused to defendant are set out in the record proper, yet in the absence of the bill of exceptions containing such charges they are not presented in such way as to authorize this court to review them.

APPEAL from Jefferson Criminal Court.

Heard before Hon. SAMUEL E. GREENE.

Robert Payne was charged with murder in the second degree, and convicted of assault and battery with a weapon, and he appeals. Affirmed.

No. counsel marked for appellant.

R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—The defendant was indicted for murder in the second degree, and convicted of an assault with a weapon. A number of written charges, marked as requested by the defendant and refused by the court, are set out in the record, but as the record contains no

bill of exceptions they are not presented in such a way as authorizes their review.—*Peters v. Nolen*, 3 Ala. App. 641, 57 South. 398.

The time for presenting and having signed a bill of exceptions has expired, and we discover no error in the proceedings properly shown by the record. They appear to be regular, and the judgment appealed from is ordered affirmed.

Affirmed.